Dismissed and Memorandum Opinion filed March 18, 2004









Dismissed and Memorandum Opinion filed March 18, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00192-CR

____________

 

JIMMY LEE
DORSEY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
262nd District Court

Harris County,
Texas

Trial Court Cause No. 932,225

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to unauthorized use of a
motor vehicle.  In accordance with the
terms of a plea bargain agreement with the State, on December 5, 2002, the
trial court sentenced appellant to confinement for fifteen months in the State
Jail Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 18, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App.
P. 47.2(b).